**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| GRIMLEY RESIDENTIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action: 2-25-cv-00478-JPH-MJD |
| | ) | |
| THIRD COAST INSURANCE, COMPANY | ) | |
| Defendant. | ) | |

**AMENDED COMPLAINT FOR DAMAGES**

Plaintiff, Grimley Capital, LLC d/b/a Grimley Residential LLC and HUF Cobblestone LLC, by its attorney, John P. Nichols of Nichols Law Office, for its Amended Complaint against Defendant, Third Coast Insurance Company, alleges and states as follows:

**COUNT I**
**(Breach of Contract)**

1. At all times relevant, Plaintiffs, Grimley Capital, LLC d/b/a Grimley Residential LLC and HUF Cobblestone LLC ("Plaintiffs"), was the owner of the commercial residential property commonly known as 7020 Clubhouse Lane, Terre Haute, IN 47802 ("the building" or "the insured property").

2. At all times relevant, Defendant, Third Coast Insurance Company ("Defendant" or "Third Coast"), was and is a Wisconsin corporation authorized to do business in the State of Indiana and was and is engaged in the business of underwriting and issuing property and casualty insurance policies.

3. Third Coast issued to Plaintiffs a commercial property insurance policy effective July 20, 2023 to July 20, 2024, policy number SUM3-000342-23 (the "Policy"). A true and correct copy of the Policy is attached hereto as Exhibit "1".

4. Under the Policy, Third Coast insured against risks of direct physical loss or damage to the insured property unless the loss is limited or excluded.

5. Loss caused by wind and/or hail is not excluded or limited under the terms and conditions of the Policy and, as such, wind are covered risks under the Policy.

6. On or about June 25, 2024, while the Policy was in full force and effect, the insured property sustained wind/hail damage.

7. Plaintiffs submitted a claim, claim number 16671 to Third Coast under the Policy for its losses and damages from this wind occurrence.

8. Plaintiffs have substantially performed all conditions required by the Policy to be performed by it, including, but not limited to, giving prompt notice of the loss to Third Coast and otherwise cooperating with Third Coast's investigation of the claim.

9. As a result, it is Third Coast's duty to pay Plaintiffs for the entire amount due under the Policy for the losses and damages it sustained as a result of the June 25, 2024 wind/hail occurrence.

10. Although requested to do so, Third Coast has failed, refused and continues to fail and refuse to pay Plaintiffs the entire amount due and owing under the Policy for all of its losses and damages.

11. This breach of the insurance contract was and is the direct and proximate cause of damages to Grimley.

WHEREFORE, , the Plaintiffs, Grimley Capital, LLC d/b/a Grimley Residential LLC and HUF Cobblestone LLC, respectfully prays the Court to enter a judgment against the Defendant, Third Coast Insurance Company, which will adequately compensate it for all losses and damages,

costs for this action, for pre-judgment and post judgment interest, consequential damages, and for other just and necessary relief proper in the premises.

**COUNT II**
**(Bad Faith)**

Plaintiffs, Grimley Capital, LLC d/b/a Grimley Residential LLC and HUF Cobblestone LLC, by its attorney, John P. Nichols of Nichols Law Office, for its cause of action against Defendant, Third Coast Insurance Company, alleges and states as follows:

1. That Plaintiffs, Grimley Capital, LLC d/b/a Grimley Residential LLC and HUF Cobblestone LLC, repeats and reiterates all the allegations and statements contained in Count I of this Complaint for Damages as if the same were incorporated herein and made a part hereof.

2. That the Defendant, Third Coast Insurance Company, acted with malice, gross negligence, heedless indifference, and recklessness which was not the result of mistake of law or fact, honest error of judgment, overzealousness, mere negligence, or other human failing, when it willfully, wantonly, and in gross bad faith failed and refused to compensate the Plaintiffs, Grimley Capital, LLC d/b/a Grimley Residential LLC and HUF Cobblestone LLC for the losses including, but not limited to, property damage under the provisions of the aforementioned commercial property insurance policy.

WHEREFORE, the Plaintiffs, Grimley Capital, LLC d/b/a Grimley Residential LLC and HUF Cobblestone LLC, respectfully prays the Court to enter a judgment against the Defendant, Third Coast Insurance Company, which will adequately compensate it for all losses and damages, costs for this action, for pre-judgment and post judgment interest, consequential damages, and for other just and necessary relief proper in the premises.

PLAINTIFFS DEMANDS A TRIAL BY JURY

Dated: November 3, 2025

Respectfully Submitted:
/s/John P. Nichols

John P. Nichols - Attorney No. 10357-84
NICHOLS LAW OFFICE
401 Ohio Street, Suite A1
Terre Haute, IN 47807
Ph: (812) 234-7777
Fax: (812) 234-7779